UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAURICE D. RIVERS,

        Plaintiff,

-against-

MULTACOM CORPORATION;
DAWGPOUND.COM,

        Defendants.

24-CV-5585 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is proceeding *pro se*, has filed a motion for the appointment of *pro bono* counsel. As the Court ruled in its November 19, 2024 order, denying Plaintiff's first motion requesting the appointment of counsel, it is too early in the proceedings for the Court to assess the merits of this action. The Court therefore denies Plaintiff's motion without prejudice to renewal at a later stage. The Court directs the Clerk of Court to terminate the motions at ECF 12 and ECF 23.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   May 30, 2025
           New York, New York

                                              /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                        Chief United States District Judge