UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAURICE D. RIVERS,

                Plaintiff,

        -against-

"JERRY AND ROY";
DAWGPOUNDUSA.COM AND ITS
AFFILIATES,

                Defendants.

24-cv-5585 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 23, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 25, 2026
           New York, New York

                      /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
            Chief United States District Judge